UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Isaul Geremias C.Y.,
   Petitioner,

v.       **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING WRIT OF HABEAS CORPUS**
       Civil File No. 26-00971 (MJD/DJF)

Pamela Bondi, et al.,

   Defendants.

John Hayden, Quantum Lex PA, Counsel for Petitioner.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

  The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster filed February 6, 2026. [Doc. 6.] No objections have been filed. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Foster.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster filed February 6, 2026.  **[Doc. 6.]** Petitioner's verified petition for writ of habeas corpus **[Doc. 1]** is **GRANTED in part and DENIED in part as follows:**

1. Respondents are ordered to release Petitioner Isaul Geremias C.Y. from custody:

    a. As soon as practicable, but in any case, no later than 3:00 p.m. Central Time on February 10, 2026;[1]

    b. Inside the State of Minnesota;

    c. At a safe time and place communicated in advance to Petitioner's counsel; and

    d. With all of Petitioner's personal effects currently in Respondents' possession, such as driver's license, immigration papers, passport, cell phone, and keys;

---

[1] The Court includes a date certain here, which is a minor modification to the R&R.

2. No later than 12:00 p.m. Central Time on February 12, 2026, Respondents must provide the Court with a status update confirming Petitioner's release and other compliance with this Order;

3. Any motion for attorney fees and costs pursuant to the Equal Access to Justice Act must be filed within 21 days of entry of judgment in this matter, along with a well-reasoned memorandum of authorities explaining why an award of fees and costs is warranted under that statute; and

4. The remainder of Petitioner Isaul Geremias C.Y.'s petition is **DENIED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 9, 2026                               s/ Michael J. Davis
                                                       Michael J. Davis
                                                       United States District Court