# UNITED STATES DISTRICT COURT
## District of Minnesota

Isaul Geremias Choto Yanchapanta

**JUDGMENT IN A CIVIL CASE**

Petitioner(s),

v.    Case Number: 26-cv-00971-MJD-DJF

Pamela Bondi, Kristi Noem, Tod M. Lyons, David Easterwood

Respondent(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster filed February 6, 2026. **[Doc. 6.]** Petitioner's verified petition for writ of habeas corpus **[Doc. 1]** is **GRANTED in part and DENIED in part as follows:**

>   1. Respondents are ordered to release Petitioner Isaul Geremias C.Y. from custody: a. As soon as practicable, but in any case, no later than 3:00 p.m. Central Time on February 10, 2026;1
>
>   b. Inside the State of Minnesota;
>
>   c. At a safe time and place communicated in advance to Petitioner's counsel; and
>
>   d. With all of Petitioner's personal effects currently in Respondents' possession, such as driver's license, immigration papers, passport, cell phone, and keys;

2. No later than 12:00 p.m. Central Time on February 12, 2026, Respondents must provide the Court with a status update confirming Petitioner's release and other compliance with this Order;

3. Any motion for attorney fees and costs pursuant to the Equal Access to Justice Act must be filed within 21 days of entry of judgment in this matter, along with a well-reasoned memorandum of authorities explaining why an award of fees and costs is warranted under that statute; and

4. The remainder of Petitioner Isaul Geremias C.Y.'s petition is **DENIED without prejudice**.

Date: 2/10/2026                                                    KATE M. FOGARTY, CLERK