UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Isaul Geremias C.Y.,
          Petitioner,

v.

Pamela Bondi, et al.,
          Respondents.

ORDER DISMISSING WRIT
OF HABEAS CORPUS

Civil File No. 26-971 (MJD/DJF)

John Hayden, Quantum Lex PA, Counsel for Petitioner.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

On February 9, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to release Petitioner from detention as soon as practicable, but in any case, no later than 3:00 p.m. Central Time February 10, 2020 and to return all his personal property that was taken when Petitioner was arrested. [Doc. 7.] On February 12, 2026, Respondents informed the Court that Petitioner had been released from detention on February 10. [Doc. 9.] Respondents said nothing about Petitioner's personal property. Given that more than a week has passed since Petitioner was released from custody and Petitioner has not informed the Court that any of his property is missing, the Court will assume he was released with all his personal property.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Isaul Geremias C. Y.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 22, 2026				s/Michael J. Davis
						Michael J. Davis
						United States District Court

2